UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARNO RHODES MYERS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:10-CV-0363-G (BF) |
| KAUFMAN COUNTY, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 3, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**